James Carbone, Administrator with the Will annexed of the Estate of Liborio, Deceased, et al., Appellants, v. Robert E. Sparks, doing business as Streator Motor Company, Appellee.

Gen. No. 10,967.

Second District.

January 23, 1957.

Released for publication February 9, 1957.

Hollerich & Hurley, Kevin D. Kelly, and William C. Wines, for appellants; Berry & O'Conor, for appellee. Opinion by JUSTICE CROW. **Not to be published in full.**